JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>   vs.<br><br>OLGA TAKEUCHI, J.T., a minor, and M.T., a minor,<br><br>        Defendants-in-Interpleader. | Case No. 2:16-cv-01093-BRO-GJS<br><br>(Honorable Beverly Reid O'Connell)<br><br>**ORDER GRANTING STIPULATION FOR:**<br><br>**1. DISCHARGE OF METLIFE;**<br><br>**2. PERMANENT INJUNCTION; AND**<br><br>**3. DISMISSAL OF METLIFE FROM ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: February 17, 2016 |

**HINSHAW & CULBERTSON**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36182852v1 0983454

# ORDER

Having reviewed the Stipulation of the parties, and for good cause appearing therefore, the Court hereby orders as follows:

1. That Metropolitan Life Insurance Company ("MetLife") is discharged of any and all liability with respect to the FEGLI Policy and/or the FEGLI Benefits and any and all claims that Defendants-in-Interpleader regarding the FEGLI Policy and the FEGLI Benefits.

2. That Defendants-in-Interpleader Olga Takeuchi, J.T., M.T., and their respective agents, attorneys and/or assigns shall be enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the FEGLI Policy and/or the FEGLI Benefits.

3. That MetLife will recover its attorneys' fees and costs from the stake on deposit in the amount of $6074.80.

4. That MetLife is dismissed from this action entirely with prejudice.

**IT IS SO ORDERED**.

Dated: August 19, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE