Larry S. Dushkes (SBN 105629)
larry.dushkes@dushkeslaw.com
**DUSHKES LAW CORPORATION**
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Telephone: 805.267.1202
Facsimile: 805.267.1101

Attorneys for Defendant-in-Interpleader,
Olga Takeuchi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 2:16-cv-1093 BRO (GJSx) |
| Plaintiff-in-Interpleader, | (Hon. Beverly Reid O'Connell, Judge) |
| vs. | **Order Granting Supplemental Stipulation for Settlement** |
| OLGA TAKEUCHI, J.T. and M.T., | (Filed concurrently with Stipulation) |
| Defendants-in-Interpleader. | |

# ORDER

Having reviewed the Supplemental Stipulation of the Defendants-in-Interpleader, and for good cause appearing therefore, the Court hereby orders as follows:

**1.** That the Clerk of the Court shall pay to MetLife the sum of $6,074.80, to be mailed to the following address:

Misty A. Murray
Hinshaw & Culbertson
633 W. 5th Street, 47th Floor
Los Angeles, CA 90071

/ / /

1  **2.** That the balance of the stake on deposit, plus interest, shall be paid to
2  Olga Takeuchi, to be mailed to the following address:
3  Larry S. Dushkes
   Dushkes Law Corporation
4  2625 Townsgate Road, Suite 330
   Westlake Village, CA 91361
5
6  **3.** That Olga Takeuchi will deposit 50% of the amount paid to her
7  pursuant to Paragraph 2, above, into an interest-bearing account in her name,
8  payable on death to J.T., with said proceeds to be used for J.T.'s college education
9  college education and expenses related thereto; and
10 **4.** That Olga Takeuchi will deposit 50% of the amount paid to her
11 pursuant to Paragraph 2, above, into an interest-bearing account in her name,
12 payable on death to M.T., with said proceeds to be used for M.T.'s college
13 education college education and expenses related thereto.

**IT IS HEREBY ORDERED**

Dated: September 22, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE